eration or decision of this petition. 

No. 97–594. UNISYS CORP. *v.* CESKA SPORITELNA, A. S. C. A. 3d Cir. Motion of Ford Motor Co. et al. for leave to file a brief as *amici curiae* granted. Certiorari denied. 

No. 97–613. MURPHY *v.* LINDH. C. A. 7th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied. 

No. 97–767. CASE CORP. *v.* FREEMAN. C. A. 4th Cir. Motion of Chemical Manufacturers Association for leave to file a brief as *amicus curiae* granted. Certiorari denied. 

No. 97–846. NEWPORT ET VIR *v.* MISSOURI ARMY NATIONAL GUARD ET AL. C. A. 8th Cir. Motion of petitioners for leave to proceed as veterans granted. Certiorari denied. 

No. 97–6602. STAFFORD *v.* E. I. DU PONT DE NEMOURS & CO. ET AL. C. A. 3d Cir. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.